**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF:<br><br>A 2014 TOYOTA CAMRY, BLACK IN COLOR, CALIFORNIA LICENSE PLATE NUMBER 8XDC876, VIN 4T1BF1FK0EU321313 | Case No. 2:24-mj-00761-MDC<br><br>**ORDER** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this __18th__ day of November, 2024.

_____
HONORABLE MAXIMILIANO D. COUVILLIER, III
UNITED STATES MAGISTRATE JUDGE

1